UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DEREK JOHN ANDERSEN,<br><br>      Defendant. | Citation No. 2:25-mj-00386-MDC<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the Bench Trial currently scheduled for December 3, 2025 at 9:00 a.m., be vacated and continued to  January 7, 2026  at the hour of  9:00 a .m.

     DATED this  2nd  day of December, 2025.

                                                      _____<br>                                                     UNITED STATES MAGISTRATE JUDGE