UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DEREK JOHN ANDERSEN,<br><br>         Defendant. | Citation No. 2:25-mj-00386-MDC<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that Mr. Andersen be permitted to appear telephonically at the hearing on January 7, 2026.

   DATED this 30th day of December, 2025.

   _____
   UNITED STATES MAGISTRATE JUDGE

3