**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEREK JOHN ANDERSEN,

Defendant.

Citation No. 2:25-mj-00386-MDC

**ORDER**

IT IS THEREFORE ORDERED that the status check currently scheduled on August 6, 2026, at 9:30 a.m., be vacated and continued to September 10, 2026 at the hour of 1:30 p.m.

DATED this 5th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE