**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEREK JOHN ANDERSEN,

Defendant.

Case No. 2:25-mj-00386-MDC

PROPOSED ORDER

The Court finds that Mr. Andersen has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Andersen is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for September 10, 2026, at 1:30 PM is vacated.

DATED this 8th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE